**Motion Granted; Order filed February 8, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00061-CV

_____

**BLAINE M. STANDIFORD AND SHERYL E. STANDIFORD, Appellants**

**V.**

**CITIMORTGAGE, INC., Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-17-005410**

---

## ORDER

This is an appeal from an order granting summary judgment. Because no clerk's record has yet been filed, it is unclear whether the order on appeal is interlocutory. On February 5, 2018, appellants filed a motion in this court requesting temporary relief pending appeal. Texas Rule of Appellate Procedure 29.3 provides that in an appeal from an interlocutory order, an appellate court may make "any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security." Tex. R. App. P. 29.3.

Appellants request that we stay execution of the order granting writ of possession signed February 5, 2018. It appears from the facts stated in the motion that appellants' rights will be prejudiced unless immediate temporary relief is granted. Accordingly, we grant the motion and issue the following order.

We ORDER that the February 5, 2018 order of the court below be stayed in trial court cause number C-1-CV-17-005410, styled *Citimortgage, Inc. v. Blaine Martin Standiford, Sheryl Elizabeth Standiford, and All Other Occupants*. The order is stayed until the court can determine its jurisdiction over the summary judgment order or until further orders of this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Jamison.